UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| LUIS RAFAEL ALARCON ESTEVEZ, | ) | No. CV 14-8889-PLA |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| JUDITH IETO, Probation Officer, | ) | |
| Respondent. | ) | |

Pursuant to the Memorandum Decision and Order,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: April 28, 2016

_____
HONORABLE PAUL L. ABRAMS
UNITED STATES MAGISTRATE JUDGE